IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                              ORDER

     v.                                   97-cr-9-wmc-1

CHARLES RAIMONDI, JR.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The order entered by the court on June 13, 2014, is amended to include the following paragraph:

       Defendant admitted to using amphetamine and methamphetamine in violation of Special Condition No. 4 of his supervised release.  I have determined that he has violated that condition.  Judge Conley will decide whether to revoke or modify the defendant's supervision at a later date.  Until that time, the defendant is to remain in the custody of the Western District of Wisconsin.

       In all other respects the order remains as entered on June 13, 2014.

       Entered this 16th day of June, 2014.

                                                     BY THE COURT:
                                                     /s/
                                                     BARBARA B. CRABB
                                                     District Judge